UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21688-BLOOM/Otazo-Reyes

OBEL SOCARRAS and
ILIANA GONZALEZ,

    Plaintiffs,

v.

GEOVERA SPECIALTY
INSURANCE COMPANY,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon Defendant Geovera Specialty Insurance Company's ("Defendant") Motion to Vacate Order of Dismissal and Motion to Strike Plaintiffs' Notice of Voluntary Dismissal, ECF No. [13] ("Motion"). The Court previously referred the Motion to Magistrate Judge Otazo-Reyes for a Report and Recommendation ("R&R"). ECF No. [17]. On July 20, 2021, Judge Otazo-Reyes issued a R&R recommending that the Motion be denied subject to a few conditions. ECF No. [20]. Specifically, Judge Otazo-Reyes recommended that the Motion be denied, subject to Plaintiffs reimbursing Defendant for its reasonable fees and costs incurred to date in this case. *Id*. at 2. Judge Otazo-Reyes further recommended that Defendant be directed to submit its statement of reasonable fees and costs within twenty (20) days after the Court's ruling on the Motion.

The R&R advised that "the parties have fourteen days from the date of receipt of this Report and Recommendation to file written objections, if any . . . ." *Id*. To date, neither party has filed objections, nor have they sought additional time in which to do so. Nonetheless, the Court has

Case No. 21-cv-21688-BLOOM/Otazo-Reyes

reviewed the Motion and the record, has conducted a *de novo* review of the R&R, and is otherwise fully advised in the premises. *Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)).

Upon review, the Court finds the R&R to be well-reasoned and correct. The Court agrees with the analysis in the R&R and concludes that Defendant's Motion should be denied subject to the conditions set forth in the R&R.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The R&R, **ECF No. [20]**, is **ADOPTED**.

2. The Motion, **ECF No. [13]** is **DENIED**.

3. Plaintiffs shall reimburse Defendant for its reasonable fees and costs incurred to date in this case.

4. Defendant is directed to file its statement of reasonable fees and costs **no later than August 24, 2021**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on August 4, 2021.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record